Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
swritcheson@insightplc.com

*Attorney for Plaintiff Optimum Vector Dynamics, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OPTIMUM VECTOR DYNAMICS, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**LOWES HOME CENTERS, LLC,**<br><br>Defendant. | Case No. 2:26-cv-00856-MWC-PVC<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>[*Proposed Order filed herewith*]<br><br>**Complaint filed: January 28, 2026**<br>**Initial response date: March 10, 2026**<br>**Current response date: April 3, 2026**<br>**New response date: May 11, 2026** |

**IT IS HEREBY STIPULATED** by and between plaintiff Optimum Vector Dynamics, LLC ("Plaintiff"), and defendant Lowes Home Centers, LLC ("Defendant"), through undersigned counsel for Plaintiff and counsel for Defendant, Lance Lawson of the law firm of Burr & Forman, that Defendant may have a further thirty-eight (38) day extension of time, up to and including May 11, 2026, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action, and that good cause is shown:

1.    Plaintiff filed its Complaint on January 28, 2026.

2.    Defendant was served with the Summons and Complaint in this matter on February 17, 2026.

1

3.      On March 7, 2026, the parties agreed and stipulated that Defendant's time to Answer or otherwise respond to Plaintiff's Complaint be extended to April 3, 2026, to allow Defendant time to retain outside counsel.

4.      Plaintiff has agreed to further extend the deadline for Defendant to respond to the complaint in this action by another 38 days, until May 11, 2026.

5.      Plaintiff's counsel will be out of the office for much of April, 2026 and will otherwise be engaged in two other matters that will require a significant amount of time.  In addition, the parties intend to explore settlement discussions promptly.  The parties believe this second requested extension of time will accommodate Plaintiff's counsel's schedule and foster such settlement discussions while allowing the parties to conserve resources.

6.      For these reasons, the parties request that the Court grant the requested agreed second extension of time to answer or otherwise respond.

NOW THEREFORE, it is hereby stipulated and agreed by the parties, by and through their respective counsel, that Defendant Lowes Home Centers, LLC shall have up to and including May 11, 2026, to file an answer or otherwise respond to Plaintiff's original complaint.

IT IS RESPECTFULLY REQUSTED that the Court enter an Order consistent with this stipulation.

Dated: April 1, 2026                          **INSIGHT, PLC**

                                        By: */s/ Steven W. Ritcheson*
                                             Steven W. Ritcheson

                                        *Attorney for Plaintiff Optimum Vector Dynamics LLC*