**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OPTIMUM VECTOR DYNAMICS, LLC,** | Case No. 2:26-cv-00856-MWC-PVC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| | [*Stipulated Request filed herewith*] |
| **LOWES HOME CENTERS, LLC,** | |
| Defendant. | |

The Court, having considered the parties' Stipulated Request for an Order Extending the Deadline to Answer or Otherwise Respond to Complaint, finding good cause therein,  HEREBY ORDERS THAT:

Defendant Lowes Home Centers, LLC shall have up to and including May 11, 2026, to file an answer or otherwise respond to Plaintiff's original complaint.

IT IS SO ORDERED.


Dated: _____        _____

Michelle Williams Court
United States District Judge

1