**BUNSOW DE MORY LLP**
Aaron R. Hand (SBN 245755)
  *ahand@bdiplaw.com*
701 El Camino Real
Redwood City, CA 94063
23101 Moulton Parkway, Suite 107
Laguna Hills, CA 92653
Telephone: (949) 258-9237

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTIMUM VECTOR DYNAMICS LLC, a California limited liability company, | Case No. 2:26-cv-00856-MWC-PVC |
| Plaintiff, | **DECLARATION OF AARON R. HAND IN SUPPORT OF *PRO HAC VICE* APPLICATION OF CADE SPIVEY** |
| v. | |
| LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, | |
| Defendant. | |

I, Aaron R. Hand, hereby declare as follows:

1.    I am an attorney, duly licensed to practice law in the State of California. I am a partner with Bunsow De Mory, LLP, and submit this declaration in support of the Application of Non-Resident Attorney Cade Spivey on behalf of Defendant Lowe's Home Centers, LLC. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2.    I previously submitted a declaration regarding the maintenance of a home office within this District in response to a request from the court in February

1

2024 related to a pro hac vice application submitted in the matter of Convergent Assets LLC v. Snap Inc., No. 2:24-cv-00977-WLH-JDE (ECF No. 57), which was accepted by the court (ECF No. 58).

3. I maintain a home office in the City of Mission Viejo, County of Orange, for the practice of law, and in which I am physically present on a regular basis to conduct business, and have done so since approximately 2019. I maintain dedicated space that is used regularly and exclusively for my practice of law, including but not limited to: firm-issued computing and storage devices; desk phone with local (949 area code) phone number; locking file cabinets for storing sensitive materials, including client files and discovery documents that require such handling; and other materials related to my law practice.

4. In addition, since Summer 2025, I have subleased the use of office space located at 23101 Moulton Parkway, Suite 107 in the City of Laguna Hills, County of Orange, which I also maintain and use for the practice of law. At this location, which is staffed with a shared receptionist, I am able to receive mail, packages, or deliveries as may be necessary.

5. For administrative and security purposes, I do not identify my home office address on court filings, pleadings, or public directory listings. It is my Firm's practice to have materials sent to its main address, where clerical staff are assigned to log, scan, and distribute mail, discovery, packages, etc., in accordance with Firm procedures, and to handle finance-related communications.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 13, 2026          By: _____
                                        Aaron R. Hand